UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
|  | ) |  |
| STEVEN S. GOLD | ) | Civil Action No. 06-CA11735GAO |
|  | ) |  |
| Plaintiff | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| ACADEMY COLLECTION SERVICE, | ) |  |
| INC.  and RESURGENT CAPITAL | ) |  |
| SERVICES, LP d/b/a LVNV FUNDING, | ) |  |
| LLP | ) |  |
|  | ) |  |
| Defendants | ) |  |
|  | ) |  |

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff, Steven S.

Gold, Defendants, Academy Collection Service, Inc. and Resurgent Capital Services, LP d/b/a

LVNV Funding LLP hereby stipulate to the dismissal of this action with prejudice to each party,

waiving all rights of appeal and each party to bear his or its own costs.


ACADEMY COLLECTION SERVICE, INC.                STEVEN S. GOLD

By its attorney,                                 By his attorneys,


/s/Jill M.  Brannelly                            /s/ Todd B. Gordon
Jill M. Brannelly (BBO No. 655474)               Todd B. Gordon (BBO No. 652482)
Peabody & Arnold LLP                             Gordon Haley LLP
30 Rowes Wharf                                   101 Federal Street
Boston, Massachusetts 02110                      Boston, Massachusetts  02110
(617) 951-4724                                   (617) 261-0100

RESURGENT CAPITAL SERVICES, LP

By its attorney,


/s/ Steven S. Broadley_____
Steve S. Broadley  (BBO No. 542305)
POSTERNAK BLANKSTEIN & LUND LLP
800 Boylston Street
Boston, Massachusetts 02199
(617)973-6136


Dated: March 21, 2007
P:\Clients\Gold\Academy Collection\Pleadings\Stip of Dismissal.doc